**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Maurice HENOUD, a/k/a John Harvey, a/k/a J.M. Harvey, a/k/a J.M. Hardey, a/k/a Jerry Geohn Davidson, Defendant—Appellant.**

No. 07–7439.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2008.

Decided: April 7, 2008.

John Maurice Henoud, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Maurice Henoud appeals the district court's order denying his motion to compel the return of a computer hard drive seized as evidence pursuant to Fed. R.Crim.P. 41(g). We review the denial of a Rule 41(g) motion for return of property for an abuse of discretion. *United States v. Chambers*, 192 F.3d 374, 376 (3d Cir. 1999). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court.* *See United States v. He-*

---

* We also deny without prejudice Henoud's request that this court direct the district court to consolidate his various cases that are or may be pending; Henoud should seek such relief in the first instance from the district court.

*noud,* No. 2:04–cr–00004–JBF–1 (E.D. Va. filed Sept. 10, 2007; entered Sept. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*